JOHN H. COOK, JR., RESPONDENT, v. MOSES IVINS ET AL., APPELLANTS.

Argued October 27, 1925—Decided June 24, 1926.

On appeal from the Monmouth County Circuit Court.

For the respondent, *Lester C. Leonard.*

For the appellants, *Mary Wooster Sutton.*

PER CURIAM.

The judgment under review is affirmed by a divided court; seven members of the court voting for an affirmance and an equal number voting for a reversal.

*102 N. J. L.*   Corp. Bd. Union Lodge, &c., v. J. R. Evans Co.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, MIN-
TURN, KALISCH, VAN BUSKIRK, MCGLENNON, KAYS, JJ.  7.

*For reversal*—PARKER, BLACK, KATZENBACH, CAMPBELL,
LLOYD, WHITE, HETFIELD, JJ.  7.